UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GIOVANNI TERAN                                                                                        PLAINTIFF

VS.                                                                     CIVIL ACTION NO. 5:11-cv-114-DPJ-FKB

BRUCE PEARSON                                                                                      DEFENDANT

ORDER

This cause is before the Court on the Report and Recommendation [11] of the United States Magistrate Judge dismissing the petition for habeas corpus filed under 28 U.S.C. § 2241. Any objections to the Report and Recommendation were due by November 26, 2013. No objections were filed. Having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, the Court adopts the same as the opinion of this Court and finds that the action should be dismissed with prejudice.

A separate judgment will be entered in accordance with the Order as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 31st day of December, 2013.

                                                 s/ *Daniel P. Jordan III*
                                                 UNITED STATES DISTRICT JUDGE